*Attachment 1*

CP-40
(6-97)

United States Capitol Police Board
Washington, D.C.

SEU No:

## Application For Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations For United States Capitol Grounds

| 1. Sponsoring Person and/or Organization: World Can't Wait | 2. Date of Application: Dec. 20, 2005 | |
|---|---|---|
| 3. Address: 305 W Broadway #185, NY NY 10013 | 4. Telephone: 713-240-3192 | 5. Fax: |
| 6. Date of Event: Jan 31, 2006 | 7. Day of Week: Tuesday | 8. Start Time (Including set-up): 9am Jan 30, 06 | 9. End Time (Including Clean-up): 6pm Feb 1, 2006 | 10. Total Duration: 57 hrs |

11a. Nature of Event (Check appropriate box best describing the general nature of your activity):
[X] Demonstration, (March, Vigil, etc.)   [ ] Filming/Photography   [ ] Musical Performance   [ ] Botanic Garden Reception
[ ] Parade   [ ] Foot Race   [ ] Other (Describe):

b. Describe activity: A loud and large peaceful legal demonstration outside the Capitol - at the closest space we are permitted to assemble, taking place simultaneously with the President's delivery of his State of the Union address.

12. Specific Area of U.S. Capitol Grounds To Be Utilized: West Front or as close to the Capitol as possible

13. Props and Equipment (Please be specific. Include quantities and dimensions of all items. All props must be furnished by sponsoring person or organization):
[X] Signs, Placards   [X] Portable Sound System   [X] Distribution of literature   [X] Banner(s) Size: 12'x4' 4 banners
[X] Podium   [X] Tables Quantity: 10   [X] Chairs Quantity: 25   [X] Stage Size: 30' x 20'
[X] Press Riser   [X] Lighting Equipment   [X] Camera Tripod   [X] Other: (Indicate below)

Quantities and dimensions of items will be filed shortly in an amendment

14. Will electrical power be required? [X] Yes [ ] No (Available only at the Lower West Terrace of the Capitol and the Upper Senate Park)

| 15. Estimated Number of Participants: 5,000-10,000 | 16. Estimated Number of Buses: -0- (No parking available on Capitol Grounds) | 17. Will Marshals be utilized? [X] Yes [ ] No How Identified? green armbands  Number: 50 |
| 18. Marshal Supervisor Name: Karen Bradley | Address: 608 E St NE Wash DC, 20002 | Telephone: 202-669-3927 |

19. Does information exist that a person(s) may wish to disrupt your activity? If so, explain: No

20.
NOT VALID UNLESS SIGNED

Travis Morales
APPLICANT'S NAME (Print)

713-240-3192
TELEPHONE NUMBER

12-20-05
DATE

APPLICANT'S SIGNATURE

06 0138

**FILED**
JAN 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN TO:
United States Capitol Police, Special Events Unit, 119 D Street N.E., Washington
Telephone: 202-224-8891  Facsimile: 202-228-2429



