*Attachment 2*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **World Can't Wait**, *et al.*, | |
| **Plaintiffs**, | |
| v. | Civil Action 06-_____ |
| Gale A. Norton, Secretary U.S. Department of the Interior, *et al.*, | |
| **Defendants**. | |

### AFFIDAVIT OF MARY LOU GREENBERG

Mary Lou Greenberg, a competent adult over the age of 18 years old, states as follows:

1. During the week of December 13, 2005, I picked up a permit application form, from the Capitol Police office, for a demonstration the night of President Bush's State of the Union address. Officer Noelle E. O'Donnell told me that the date for the address was not set yet, so the security zone was still undetermined. Officer O'Donnell also showed me a map of the Capitol grounds and marked the "West Front" and "Upper Senate Park" areas as possible locations for the demonstration.

2. Subsequently, January 31, 2006, was selected for the State of the Union address.

3. On December 20, 2005, Travis Morales filed a permit application with the United States Capitol Police Board for "a loud and large peaceful legal demonstration outside the Capitol at the closest space we are permitted to assemble, taking place simultaneously with the President's delivery of his State of the Union address." The permit requested the "West Front or as close to the Capitol as possible" for the location.

4. Capitol Police notified Mr. Morales that a special security zone, set up for the address, would include the "West Front" area and the "Upper and Lower Senate Park" areas, so a permit could not be granted for those areas.

5. Because of the special security zone, 'World Can't Wait', my organization, decided to apply to the National Park Service, National Capitol Region, for the "Capitol Reflecting Pool" area of the Mall.

06 0138

6. On December 21, 2005, 'World Can't Wait' filed a permit application with the National Park Service. Park Service representatives told 'World Can't Wait' that a meeting to

**FILED**

JAN 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

address the permit would be held on January 10, 2006. They also indicated that the Mall was under renovation from 3rd to 7th Streets, but 7th through 14th Streets would be available.

7. On January 9, 2006, I walked around the area near the Reflecting Pool. Between 3rd and 7th Streets, snow fences were set up around the grass. The grass inside the fences was spotty and, in some cases, muddy and brown.

8. On January 10, 2006, 'World Can't Wait' met with representatives from the National Park Service. At the meeting, National Park Service Rangers told us that the grassy parts of the Mall from 3rd to 7th Streets were closed for renovation. I explained that the demonstration needed to be in proximity to the Capitol. I also indicated that 'World Can't Wait' was only requesting the Mall up to 4th Street. I volunteered 'World Can't Wait' personnel to assist the Park Service with removal of the fences for a brief two [2] hour demonstration.

9. At the meeting, Park Service representatives suggested that we use the concrete area surrounding the Reflecting Pool. After discussing the offer, 'World Can't Wait' requested the area the Park Service suggested and the Mall up to 3rd Street. The Park Service indicated that the Regional Director had to make the decision. They instructed 'World Can't Wait' to file an amendment to our application indicating the desired area for the demonstration.

10. A representative of the Capitol Police, Seleta S. Kirkland, attended this meeting between 'World Can't Wait' and the Park Service. At no point during the meeting did Ms. Kirkland indicate any potential problems with security in the discussed area.

11. At the end of the meeting, Mr. Morales wrote an addendum to 'World Can't Wait's' permit application. The addendum requested the 'Reflecting Pool' area and "opening of the closed area between First Street and 3rd Street for the First Amendment protected activities. This is a compromise agreement."

12. On January 11, 2006, I called Ranger Leonard Lee to check the status of our application. Ranger Lee told me that he briefed the Deputy Regional Director about the situation, and that he [the Deputy Regional Director] would speak to the Regional Director.

13. On January 19, 2006, Ranger Lee called me and requested additional logistical information about the demonstration. He indicated that they were preparing to issue a permit, but he did not know what location the permit would allow.

14. Also on January 19, 2006, our attorneys, Art Spitzer, James Klimaski, and Mark Goldstone, received a facsimile partially denying our permit request because part of the area would be closed for security reasons, and the grassy areas were under renovation.

The denial included information which indicated that the Capitol Police requested closure of the area on January 11, 2006, and presented a new security map on January 12, 2006.

15. The area granted to World Can't Wait by the permit is not adequate to meet their needs. On both permit applications, World Can't Wait specifically indicated an intent to use a stage. The permitted areas for demonstration will not allow room for a stage. Additionally, only allowing World Can't Wait to use the sidewalk areas, and not the grass, forces the demonstrators to spread far apart from each other. This makes communication and unity difficult, if not impossible.

I HEREBY DECLARE, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, RECOLLECTION, AND BELIEF.

Executed on ___Jan 25___, 2006

Mary Lou Greenberg