*Attachment 3*

Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021                                    EXPIRES: 06/30/07

NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR
SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL
LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK*
AND/OR LAFAYETTE PARK

06-373                              Dec. 21, 2005
                                    Date of this Application

1. Individual and/or organization sponsor(s): World Can't Wait

   Address: 305 W. Broadway #185, NY, NY 10013

   Telephone Nos. (Include area code): Day 347-683-3319  Evening 713-240-3192

2. This is an application for a permit to conduct a DEMONSTRATION X        06 0138
   SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ___ NO X (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants. **FILED**

4. Date(s) of proposed activity: From Jan 30 2006 To Feb 1, 2006  JAN 2 5 2006
                                      Month/Day/Year    Month/Day/Year
                                                              NANCY MAYER WHITTINGTON, CLERK
   Time: Begin: 9 (a.m.)(p.m.)  Terminate: 6 (a.m.)(p.m.)       U.S. DISTRICT COURT

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
   the Mall near the Reflecting Pool as close to the Capitol as possible.

6. Purpose of proposed activity: to symbolically drown out the message of President Bush's State of the Union address, calling for him to step down via a loud and large peaceful political protest outside the Capitol simultaneous to the delivery of his address on Jan. 3

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 5,000 - 10,000

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

8. Will cleanup people be provided for the area: _X_ YES ___ NO. How will they be identified? __Badges__

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

   Person in charge: __TRAVIS MORALES__

   Address: __305 W. Broadway #185, NY, NY 10013__

   Telephone Nos. (Include area code): Day __347-693-3819__ Evening __713-240-3192__

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) __Rally to begin one hour before State of the Union address, est 8pm, with speakers (70%) and music (30%) and continue until 10pm. Detailed schedul__ __Will collect donations, and sell books, papers, buttons with relevant messages.__

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) __Signs, banners, stage, press stage, sound system, lighting equipment, and other equipment to be detailed__

    (b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. __Open and closed cardboard and plastic boxes to carry equipment and props__

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ___ Yes _X_ NO

    (b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) _X_ YES ___ NO. If "YES," how many marshals will be furnished? __50__

    (b) Person(s) responsible for supervision of marshals (for each location):
    __Karen Bradley__

Location(s): _At ○e of assembly-rally_

Name(s): _Karen Bradley - coordinator_

Address(es): _608 E St. NE Washington D.C. 20002_

Telephone Nos.: Day: _202-669-3927_   Evening: _____

(c) List the functions the marshals are expected to perform: _____
_Crowd direction and control_

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)
_walkie talkies - Details to be outlined in an amendment_

15. How will the marshals be identified? _Badges_

16. State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _N/A_

APPLICATION IS NOT VALID UNLESS SIGNED

_World can't wait D.C. organizer_
_Travis Morales_
Position of person filing application     Signature of person filing application

_Travis Morales_                          _305 W. Broadway #185 NY, NY 10013_
Typed or printed name of person           Address of person filing application
Filing application

Telephone Nos. of person filing application (include area code):
Day: _713-240-3192_   Evening: _713-240-3192_