*Attachment 4*

# NATIONAL CAPITAL PARKS CENTRAL DIVISION OF PARK PROGRAMS
## MEETING SIGN-IN SHEET

PERMIT NUMBER: 06-370

MEETING DATE: 1/10/06

DATE(S) OF EVENT: 2/3 - 2/5/06

LOCATION OF EVENT: Elypse/Mall

| Name | Affiliation | Telephone(s) | E-Mail Address |
|---|---|---|---|
| Robin Owen | NPS | 202-619-7005 | |
| Steven Booker | USPP | 202-610-7093 | steve-booker@nps.gov |
| My Dailey | WPP | 202-(?)208-1631 | |
| John Harasek | USPP | 202-619-7088 | john_thrask@NPS.gov |
| Mark Goldstone | Attorney for Applicant | 301 530 6612 | mglw@comcast.net |
| Travis Morales | World Can't Wait | (713) 240-3792 | travismorales@synext.org |
| Jim Klimaski | Atty & Applicant | (202) 296-5600 | Klimask.@Klimskilaw.com |
| Mary L Greenberg | World Can't Wait | (412) 903-3538 | shamsnomore@hotmail.com |
| Sheba S. Kirk-Nichols | USCP | 202-224-8891 | Seleba.Kirk-Nichols@cop-police.senate.gov |
| Howard Lee | NPS | 202-619-7005 | |

06 0138

FILED
JAN 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

