*Attachment  5*

01/19/06  17:29 FAX 202 619 7302    NPS-NCR Comm. Office    ☒001

# PARK FAX



## NATIONAL PARK SERVICE
### Office of Park Programs-National Capital Region
1100 Ohio Drive S.W.
Washington, D.C. 20242



Date: January 19, 2006

Deliver to:      Jim Klimaski, Esquire
Organization:    World Can't Wait
Fax:             202-296-5601
Telephone:

From:            Leonard D. Lee
FAX Number:      (202) 401-2430
Telephone:       (202) 619-7225

Subject:         Copy of permit & attachments

Number of pages following:    14
Response requested:           No

If you have any problems receiving this transmission, please call (202) 619-7225.   Our FAX machine operates 24 hours a day and is attended weekdays from 7:45 a.m. to 3:45 p.m.

Comments:

# 06 0138

# FILED
### JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT





# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

Mr. Travis Morales
DC Organizer for World Can't Wait                                    JAN 19 2006
World Can't Wait
305 W. Broadway, #185
New York, New York 10013

Dear Mr. Morales:

This responds to the World Can't Wait's application 06-373 that seeks to demonstrate on
Federal parkland of the National Mall "as close to the Capitol as possible" on January 30-
February 1, 2006. With a maximum number of participants that you estimate from 5,000
- 10,000, you propose "to symbolically drown out the message of President Bush's State
of the Union address, calling for him to step down via a large and peaceful political
protest outside the Capitol simultaneous to the delivery of his address on Jan[uary] 31."

As you know, at your meeting with park staff led by Park Ranger Leonard Lee on
January 10, 2006, although you were informed that the grass panels of the Mall were
unavailable due to their earlier closure for long-planned turf renovation, you were also
informed that the gravel and concrete sidewalks remained available. Later that day, you
wrote offering a compromise agreement seeking the entire Capitol Reflecting Pool as
well as opening its closed grass panels for your activities. While we regret that we must
deny portions of your application, we are pleased to provide you with the enclosed permit
that authorizes your use of the gravel and concrete walkways of the National Mall
between Third and Fourth Streets for your event. In the event that your group needs an
additional park area, nearby John Marshall Park is available.

The National Park Service reviews all applications for demonstrations and special events
based on 36 C.F.R. §7.96(g). And pursuant to 36 C.F.R. 7.96(g), the portion of your
application that seeks the use of the Federal parkland that comprises the entire Capitol
Reflecting Pool area, that is bordered by First and Third Streets and Pennsylvania and
Maryland Avenues, must be denied due to recent public safety and security reasons as
well as due to the earlier discussed ongoing turf renovation of the grass panels.

Pursuant to the security and public safety request from the United States Capitol Police,
the National Park Service's Record of Determination closed the Capitol Reflecting Pool
area. A copy of the NPS's Record of Determination and the U.S. Capitol Police's request
is enclosed for your information and ready reference. As you will note, the limited park
closure will be from 10:30 a.m. on January 31 through 1:00 a.m. February 1, to allow the
area to be initially secured and to permit the Presidential motorcade to move unimpeded,



to create a secure perimeter around numerous protectees and to preserve ingress and egress to the US Capitol Square. Violation of the closure is prohibited.

Pursuant to 36 C.F.R. 7.96(g), the portion of your application that sought the use of the grass panels of the National Mall between Third and Fourth Streets as well as for the Capitol Reflecting Pool, that were earlier closed for turf renovation, must also be denied. As Park Ranger Lee earlier explained, the grass panels were closed for turf renovation back in Octoberber 2005 and are scheduled to remain closed until March, 31, 2006, and are part of the NPS's five-year-old turf renovation plan that rotates the Mall's grass panels for renovation. Violation of the closure is prohibited. Indeed, these closed grass panels have already been aerated, seeded, fertilized, graded, and leveled with soil amendments. Further, with the turf renovation and its protective fencing costing almost $69,000, the new grass root system is very fragile at this stage of growth, and any concentrated use on it will result in the current seed growth's total loss. Such a loss would then require later turf renovation, and would subsequently impact on groups who already have or may submit applications seeking use of the area after the grass panels are reopened on April 1, 2006.

Pursuant to 36 C.F.R. 7.96(g), however, we are pleased to provide you with the enclosed permit that authorizes your use of the designated gravel and concrete walkways of the National Mall between Third and Fourth Streets for your event. Located west of Third Street, these permitted walkway areas are both facing and within sight of the Capitol, which is the focus of your demonstration. These permitted walkway areas also total 154,000 square feet and can fully accommodate your anticipated number of participants, since we calculate, if one person occupies five cubic feet, that the area has the capacity to accommodate 30,080 standing persons. Pursuant to the enclosed permit, you will need to coordinate with the NPS and the Park Police regarding the logistics of bringing and placement of any proposed staging, electrical equipment, or sound speakers for your event. Please also note that under the enclosed permit, and pursuant to 36 CFR 7.96(g)(5)(xii), any sound amplification equipment must be directed away from the Capitol so as to not unreasonable disturb nonparticipating persons in, or in the vicinity of, the area.

The limited park closures have neither the effect nor intent to prevent the exercise of First Amendment rights. Indeed, as summarized in the NPS Record of Determination, past park closures or public use limitation have been consistently upheld. In the event that your group needs an additional park area, however, other Federal parks remain available. In that regard, and as Park Ranger Lee offered in your meeting on January 10, we again propose John Marshall Park as an alternative park area. Located just north of Pennsylvania Avenue between the United States Courthouse and the Canadian Embassy, John Marshall Park is approximately 446 feet long and 210 feet wide and totals 93,660 square feet. We calculate, if one person occupies five cubic feet, that the area has the capacity to accommodate 18,730 standing persons. Indeed, John Marshall Park was successfully used by a large demonstration group during the 2005 Presidential Inauguration.

Finally, the September 11, 2001 terrorist attacks present extraordinary circumstances, and unprecedented challenges, to our country. As we work with you, as well as thousands of others who annually come to demonstrate on Federal parkland in Washington, D.C., it remains the NPS's goal to properly balance important First Amendment rights with the protection of park resources as well as ensure the security necessary to protect the Capitol complex, its protectees and occupants, as well as the public.

If you would like to discuss use of John Marshall Park as an alternative park permit area or have any questions, please contact Park Ranger Lee at (202) 619-7225. You may also wish to consider contacting the District of Columbia and the U.S. Capitol Police regarding your use of public spaces under their jurisdiction.

In the event that there is any significant issues come up during your permitted event, please feel free to contact Ranger Lee at his cell phone at (202) 359-1459 or Park Police Sergeant Steve Booker at his cell phone at (202) 439-2245. Finally, a courtesy copy of our response is being provided to the three attorneys who have either met or called on your behalf.

Sincerely,

Richard Merryman
Chief, Division of Park Programs

Enclosures: (1) NPS Permit 06-373 for designated gravel and concrete walkways of the National Mall between Third and Fourth Streets
            (2) NPS Record of Determination and US Capitol Police letter

cc: Mark Goldstone, Esquire
        By Facsimile To 301-530-6612*
    Jim Klimaski, Esquire
        By Facsimile To 202-296-5601
    Arthur Spitzer, Esquire
        By Facsimile To 202-452-1868



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

## PUBLIC GATHERING PERMIT

06-373                                         Date:  January 19, 2006

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s):  WORLD CAN'T WAIT

Date(s): 01/31/2006                            To: 02/01/2006

Time:  Starting: 09:00 am                      Ending: 02:00 am

Location(s):     The National Mall, gravel and concrete sidewalks between 3rd & 4th Streets and Madison & Jefferson Drives

Purpose(s):     TO SYMBOLICALLY DROWN OUT THE MESSAGE OF PRESIDENT BUSH'S STATE OF THE UNION ADDRESS, CALLING FOR HIM TO STEPDOWN VIA A LOUD AND LARGE PEACEFUL POLITICAL PROTEST

Anticipated Number of Participants:  10000

Person(s) in Charge:     TRAVIS MORALES

Address(es):     305 W. BROADWAY, #185, NEW YORK, NY 10013

Telephone Nos. Day:     347-693-3319

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED ADDITIONAL CONDITIONS.



ADDITIONAL CONDITIONS
PERMIT #06-373
WORLD CAN'T WAIT
NATIONAL MALL-GRAVEL AND CONCRETE WALKWAYS
BETWEEN 3RD AND 4TH STREETS & MADISON AND JEFFERSON DRIVES
JANUARY 31-FEBRUARY 1, 2006 (09:00 A.M.-02:00 A.M.)

PAGE (2)

Applicants stated purpose and proposal: Participants, (estimated to be from 5,000 to 10,000) seek to demonstrate on "Mall near the Reflecting Pool as close to the Capitol as possible," to "symbolically drown out the message of President Bush's State of the Union Address, calling for him to step down via a large and peaceful political protest outside the U.S. Capitol simultaneous to the delivery of his address on January 31, 2006." Activity will involve a rally with speakers and music, the display of signs and banners, the sale of books, pamphlets and buttons and the collection of a donation. Please see attached NPS letter denying applicants request for the Capitol Reflecting Pool and the Mall's grass panels between 3rd-4th Streets.

A.  This permit authorizes the use of the National Mall's gravel and concrete walkways, between 3rd Street and 4th Street and Madison and Jefferson Drives, as depicted on the attached cross-hatched map.

    Time line:

    Tuesday, January 31, 2006

    09:00 a.m.-08:00 p.m.          Set up event site/assemble
    08:00 p.m.-10:00 p.m.          Demonstration
    10:00 p.m.-11:59 p.m.          Tear down/load out

    Wednesday, February 1, 2006

    12:00 Midnight-02:00 a.m.       Conclude tear down/load out/clean up/depart

    Equipment list:

    Generators
    Sighting equipment
    One (1) Stage (30' x 30' x 4')
    Six to Ten (6-10) "Top Hat" heaters
    One (1) Sound system and supporting equipment
    One (1) Tent (open sided 6' x 6') to cover sound equipment

01/19/06  17:31 FAX 202 619 7302    NPS-NCR Comm Office                    @007

Additional conditions
Permit #06-373

Page (3)

B.      Permittee is responsible for providing all necessary equipment/objects, including electrical power (if necessary), to conduct this activity.  All equipment must be removed from park property immediately following the conclusion of the event.  Items left on park property will be considered abandoned property and will not be the responsibility of the National Park Service.

C.      Pursuant to 36 CFR 7.96(g)(xiii) the alteration, adaptation, damage or injuring, and/or removal of park resources or facilities are prohibited.  No holes may be dug and no item, including signs or banners, may be attached to park trees, plantings, benches or other park property.

D.      Throughout the course of this permit, the permittee will require its employees/volunteers, and contractors, to exercise special care and attention to protect the resources of the Mall, between 3rd and 4th Streets, and Madison and Jefferson Drives, and their environs.  In addition, permittee must supervise their contractors and employees during set-up and teardown to assure that there is no damage to park resources.  **NOTE: The Mall's, grass panels between 3rd and 4th Streets and Madison and Jefferson Drives are closed for turf renovation.  Permittee is responsible for designating Marshalls who will be responsible for keeping participants out of the closed panels.  Marshalls are responsible for checking-in with United States Park Police and/or National Park Service Park Rangers onsite upon their arrival.**

E.      Balloons and glass beverage containers are prohibited on parkland.

F.      Special attention is drawn to the last sentence, item #7, last page of this permit, concerning sound amplification.  **All sound amplification equipment shall be limited and directed away from the Capitol so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.**

G.      Sales: Special attention is drawn to item #4, last page of this permit, concerning fees collected and donations solicited on parkland.  No merchandise may be sold or offered for sale except for message bearing books, newspapers, leaflets, pamphlets, buttons and bumper stickers.  Sales areas can be no larger than 6' wide by 15' long by 6' high, and can have only one table 2 ½ ' by 8', or 4' by 4'.  Permittee has indicated that books, pamphlets and buttons will be sold onsite.

H.      Donations: Consistent with your application request, this permit authorizes the in-person solicitation for money if it occurs within the confines of the permit area as part of your ongoing activity.  ISKCON v. Kennedy, 61F.3d 949 (D.C.Cir.1995).  All currency must be maintained and stored out of public view at all times.  Exacting a payment or requesting a donation in exchange for merchandise constitutes a sale and is not allowed unless it comports with the NPS sales regulations found at 36 CFR 7.96 (k).

Additional conditions
Permit #06-373

Page (4)


I.      Permittee does not have exclusive use of the area including sidewalks and roadways.  No interference with the pedestrian traffic and no blocking entrances, sidewalks, nor driveways allowed. No impeding vehicular traffic permitted.  All areas remain open to the general public at all times.


J.      Unloading and loading of equipment and staging must take place from the street curb only and should be coordinated with the United States Park Police.  Placement of equipment and staging should be coordinated with the NPS and the United States Park Police.  No parking or driving on grass.  All vehicles must park in designated, available public spaces.


K.      No electricity is available on site.  Permittee may provide own gasoline and/or solar powered generator.  The fueling/refueling of gasoline powered generators on parkland is prohibited.


L.      The storage of additional fuel is prohibited.  ¾" Plywood or similar material must be placed underneath the generator to protect the gravel areas.


M.      All wires must be covered by mats and/or yellow jackets to prevent tripping hazards. The cord must be in good condition, of sufficient gauge to accommodate the electrical load of equipment and must be properly grounded.


N.      All cables, power lines, etc. shall be run in an orderly manner and contained in matted yellow jackets that provide for safety and accessibility. No power lines can be strung between trees.


O.      CAMPING IS PROHIBITED under 36 CFR 7.96(g)(5)(vii).  Camping is defined as the use of the parkland for living accommodation purposes such as sleeping activities, or making preparations to sleep (including the laying down or bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle for sleeping or doing any digging or earth breaking or carrying on cooking activities. The above listed activities constitute camping when it reasonably appears, in light of all the circumstances that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging.


P.      The permittee will be responsible for any injuries and/or damage to government property occurring as a result of this permitted activity.


Q.      A copy of this permit must be carried at all times by the permittee while operating under the authority granted.

R.    Contact Leonard D. Lee, National Capital Parks-Central, (202) 619-7225, to finalize any logistical setup.

S.    Contact Sgt. Steven Booker, U.S. Park Police, (202) 610-7092, to finalize any police logistics.

T.    Additional Permits: Person in charge is responsible for contacting the Metropolitan Police Department, (202) 671-6522, to obtain the necessary paperwork and/or permission for the use of city streets.

U.    Person in charge is responsible for contacting the U.S. Capitol Police, (202) 224-8891, to obtain the necessary paperwork and/or permission for the use of U.S. Capitol property.

V.    If the permittee decides to cancel or substantially modify its event, the permittee must immediately advise both the United States Park Police Special Events Sergeant at (202) 610-7092 and the Division of Park Programs at (202) 610-7225.

Sidewalks and
Gravel Walkways
154,000 sq ft

**THE MALL**
4th STREET to 3rd STREET

NATIONAL MALL & MEMORIAL PARKS
NATIONAL PARK SERVICE
WASHINGTON, DC

1st Street

1st Street

U.S. Botanic

CAPITOL REFLECTING POOL

Maryland Avenue

North

0   50   100  150  200   Feet

3rd Street

Pennsylvania Avenue

National Gallery
of Art East Building

Madison Drive

Jefferson Drive

National Museum
of the American Indian

4th Street

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Joseph M. Lawler
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central



## United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

Record of Determination for a partial and temporary closure of
Capitol Reflecting Pool parkland on January 31-February 1, 2006
For President's State of the Union Address at the Capitol

The National Park Service is temporarily closing the Capitol Reflecting Pool parkland, that is bordered by First and Third Streets and Pennsylvania and Maryland Avenues, from 10:30 a.m. on January 31, 2006 until 1:00 a.m. on February 1, 2006. Violation is prohibited.

This closure comes at the request of the United States Capitol Police in a letter dated January 11, 2006, a copy of which is attached and incorporated by reference. This temporary and partial closure is not of a nature, magnitude and duration that will result in a significant alteration in the public use pattern. Indeed, many other nearby park areas remain open such as portions of the National Mall not closed for turf renovation, John Marshall Park, as well as other portions of Pennsylvania Avenue National Historic Park. Other nearby areas subject to the jurisdiction of the District of Columbia also remain open.

As the Capitol Police's letter explains, the closure is necessary to allow the area to be secured so to permit the Presidential motorcade to move unimpeded, to create a secure perimeter around numerous protectees and to preserve ingress and egress to the US Capitol Square. No less restrictive measures adequately exist. The closure will not adversely affect the park's natural, aesthetic or cultural values, does not require significant modification to the resource management objections, and is not of a highly controversial nature given the ongoing and ever-evolving security measures that have been undertaken around such sensitive public buildings like the White House complex or Capitol in Washington, D.C., and at other public facilities nationwide following the terrorist attacks of September 11, 2001, to say nothing of the President's State of the Union Address at the Capitol which brings scores of dignitaries from the legislative, executive and judicial branches. Accordingly, publication as rulemaking in the Federal Register is unwarranted under 36 C.F.R. § 1.5(b). This is consistent with hundreds of past temporary park closures and public use limitations near the White House complex, the legal opinion of the Office of the Solicitor, and past judicial adjudications regarding other security-based park closures and pubic use limitations. Mahoney v. Norton, No.02-1715 (D.D.C. August 29, 2002), plaintiffs' emergency motion for injunction pending appeal denied Mahoney v. Norton, No.02-5275 (D.C.Cir.)(September 9, 2002)(per curiam); Picciotto v. United States, No. 99-2113 (D.D.C. August 6, 1999); Picciotto v. United States, No. 94-1935 (D.D.C. September 9, 1994); Picciotto v. Lujan, No. 90-1261 (D.D.C. May 30, 1990); Picciotto v. Hodel, No. 87-3290 (D.D.C. January 26, 1988).

Pursuant to 36 C.F.R. § 1.7, notice of this temporary and partial closure will be made though media advisories, fencing, maps and posting at conspicuous locations in the affected park areas.



01/19/06   17:35 FAX 202 618 7302        NPS-NCR Comm. Office                 ☒013

Case 1:06-cv-00138-RMU     Document 2-6     Filed 01/25/2006     Page 14 of 16

Pursuant to 36 C.F.R. § 1.7, notice of this temporary and partial closure will be made though media advisories, fencing, maps and posting at conspicuous locations in the affected park areas. Finally, pursuant to 36 C.F.R. § 1.5(c), this determination is available to the public upon request.

_V Keys_____          _1/18/06_____

Vikki Keys                                          Date
Superintendent
National Mall and Memorial Parks


Attachment



# UNITED STATES CAPITOL POLICE
OFFICE OF THE CHIEF
119 D STREET, NE
WASHINGTON, DC 20510-7218

January 11, 2006

Joseph Lawler
Regional Director
National Capitol Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Dear Mr. Lawler:

Please be advised that the United States Capitol Police is seeking to temporarily restrict public access to certain parkland in conjunction with the Joint Session of Congress to receive the Presidential State of the Union Address on January 31, 2006.

The area of request is the Capitol Reflecting Pool and its surrounding properties, to include Grants Statue Plaza on the east side and the grassy panels to the west. First Street NW/SW, 100-200 Maryland Ave., SW, 100-200 Pennsylvania Ave. NW, and 3rd Street NW/SW bound these areas. See attached map.

These temporary closures are necessary to permit the Presidential motorcade to move unimpeded, to create a secure perimeter around numerous protectees and to preserve ingress and egress to the US Capitol Square. We would ask that these restrictions be put in place sufficiently in advance of the event to permit USCP personnel to secure the area and that they be lifted after the event's completion. We anticipate that security preparations and measures will begin around these areas at 12:30 a.m. on January 31, 2006, and continue through the end of the event at approximately 11:00 p.m.

Thank you for your assistance in this matter. Should you have any questions or concerns, please contact Lieutenant Kathryn Stillman, USCP Special Events Unit, at 2020-224-8891.

Terrance W. Gainer
Chief
United States Capitol Police

TWG:KJS:7520
Attachment (1)



- AREA CONTROLLED BY U.S. PARK POLICE
  IT IS REQUESTED THAT NO DEMONSTRATION PERMITS BE ISSUED
  FOR THIS AREA ON THE DAY OF THE STATE OF THE UNION ADDRESS

- AREA CONTROLLED BY U.S. CAPITOL POLICE

- RESTRICTED STREET ACCESS

SOU 06 Demonstration area.dgn  1/12/2006 3:24:59 PM