*Attachment 6*

1/10/06

Requested Addendum to Permit Application 06-373 for January 31, 2006, State of the Union activity sponsored by World Can't Wait.

We are requesting the use of the entire Capitol Reflecting Pool area and the opening of the closed area between First St. and 3rd St. for First Amendment protected activities. This is a compromise agreement.

Travis F. Morales

January 10, 2006

06 0138

RECEIVED BY
NATIONAL PARK SERVICE-NCA
DIV ... PROGRAM

'06 JAN 10 P12:54

FILED
JAN 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

US District Court
for the District
of Columbia

**FILED**

JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

World Can't Wait
 et al
  Plaintiffs                    Civil        06 0138

  v

Gale Norton, Sec.


Local Rule 65.1

Counsel for Defendants received a courtesy copy of ~~these~~ all pleadings:
4:00 PM, Jan. 25, 2006 by hand-delivery.

Jon Pinkus
Klimaski + Assocs
1819 L St NW #700
Wash DC  20036