THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

World Can't Wait, *et al.*,

    Plaintiffs,

v.

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

    Defendants.

CASE NUMBER  1:06CV00138

JUDGE: Ricardo M. Urbina

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/25/2006

## MOTION FOR PRELIMINARY INJUNCTION

World Can't Wait, a non-profit group, through counsel, files this motion for preliminary injunction against the Defendants, National Park Service United States Department of the Interior, *et al.*. This motion is in accordance with Federal Rule of Civil Procedure 65 and Local Rule 65.1. World Can't Wait requests this Court order the National Park Service grant their application for demonstration permit.

A proposed Order, and a Memorandum of Points and Authorities are attached to this motion.

Counsel for World Can't Wait certifies that actual notice at the time of making this application, and copies of all pleadings and papers filed in the action to date or to be presented to

the Court at hearing, have been furnished to counsel for the U.S. Capitol Police and to the United States Attorney for the Department of the Interior and the Park Service.

January 25, 2006                    Respectfully submitted,

_____
James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street, N.W., 7th Floor
Washington, D.C. 20036
(202) 296-5600
Bar No. 243543