THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, *et al.*,

  Plaintiffs,

v().

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

  Defendants.

Civil Action 06-0138 (RMU)

Affidavit of Service of Process
on DEFENDANT GALE A. NORTON, Secretary of the Interior

  Under penalty of perjury, I declare the following information is true and correct to the best of my knowledge, information, recollection, and belief. I am an adult citizen of the United States, and have no personal stake in the outcome of this lawsuit.

  On January 26, 2006, at approximately 12:30 PM ET, the Complaint package for this case, including the summons, complaint for declaratory relief, motions for a temporary restraining order and preliminary injunction (with points and authorities thereto), as well as an initial order from Judge Urbina, were properly served to Defendant Gale A. Norton, Secretary of Interior, at the Clerk's Office of the U.S. Courthouse at 333 Constitution Avenue NW in Washington, D.C.

  Accepting on behalf of Secretary Norton was Mr. Randolph J. Myers, a Senior Attorney at the Department of Interior's Office of the Solicitor, Division of Parks and Wildlife, Branch of

National Parks. Mr. Myers' office address is in Room 3221 at the Interior Department's 1849 C Street NW office building. He provided his business card to me.

|  |  |
|---|---|
| January 26, 2006 | Respectfully submitted,<br><br>_____<br>Jon Pinkus<br>KLIMASKI & ASSOCIATES, P.C.<br>1819 L Street NW<br>Suite 700<br>Washington, DC  20036-3830<br>202-296-5600<br><br>*Process Server* |