THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, *et al.*,

    Plaintiffs,

v.

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

    Defendants.

Civil Action 06-0138 (RMU)

### Affidavit of Service of Process
### on DEFENDANT VIKKI KEYS, Superintendent,
### National Mall and Memorial Parks,
### National Park Service of the National Capital Region

Under penalty of perjury, I declare the following information is true and correct to the best of my knowledge, information, recollection, and belief. I am an adult citizen of the United States, and have no personal stake in the outcome of this lawsuit.

On January 26, 2006, at approximately 12:30 PM ET, the Complaint package for this case, including the summons, complaint for declaratory relief, motions for a temporary restraining order and preliminary injunction (with points and authorities thereto), as well as an initial order from Judge Urbina, were properly served to Defendant Vikki Keys, Superintendent of the National Mall and Memorial Parks, National Park Service of the National Capital Region, at the Clerk's Office of the U.S. Courthouse at 333 Constitution Avenue NW in Washington, D.C.

Accepting on behalf of Superintendent Keys was Mr. Randolph J. Myers, a Senior Attorney at the Department of Interior's Office of the Solicitor, Division of Parks and Wildlife,

Branch of National Parks. Mr. Myers' office address is in Room 3221 at the Interior Department's 1849 C Street NW office building. He provided his business card to me.

Respectfully submitted,

January 26, 2006

*(signature)*
Jon Pinkus
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
202-296-5600

*Process Server*