THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, *et al.*,

    Plaintiffs,

v.

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

    Defendants.

Civil Action 06-0138 (RMU)

### Affidavit of Service of Process
### on DEFENDANT TERRANCE W. GAINER, Chief
### United States Capitol Police

Under penalty of perjury, I declare the following information is true and correct to the best of my knowledge, information, recollection, and belief. I am an adult citizen of the United States, and have no personal stake in the outcome of this lawsuit.

On January 26, 2006, at approximately 12:45 PM ET, the Complaint package for this case, including the summons, complaint for declaratory relief, motions for a temporary restraining order and preliminary injunction (with points and authorities thereto), as well as an initial order from Judge Urbina, were properly served to Defendant Terrance W. Gainer, Chief, United States Capitol Police, at his General Counsel's office located in Suite 820 at 499 South Capitol Street SW in Washington, D.C.

Accepting on behalf of Chief Gainer was Cecelia Barrios, a member of the Capitol Police General Counsel's staff.

Respectfully submitted,

January 26, 2006

_____
Jon Pinkus
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Process Server*