THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, *et al.*,

    Plaintiffs,

v.                                                                    Civil Action 06-0138 (RMU)

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

    Defendants.

Affidavit of Service of Process
on the UNITED STATES ATTORNEY
for the District of Columbia

Under penalty of perjury, I declare the following information is true and correct to the best of my knowledge, information, recollection, and belief. I am an adult citizen of the United States, and have no personal stake in the outcome of this lawsuit.

On January 26, 2006, at approximately 12:30 PM ET, the Complaint package for this case, including the summons, complaint for declaratory relief, motions for a temporary restraining order and preliminary injunction (with points and authorities thereto), as well as an initial order from Judge Urbina, were properly served to the United States Attorney for the District of Columbia at the Clerk's Office of the U.S. Courthouse at 333 Constitution Avenue NW in Washington, D.C.

Accepting on behalf of U.S. Attorney Kenneth L. Wainstein was Ms. Maria Braswell, of the U.S. Attorney's Civil Division with offices located at 555 4th Street NW in Washington, D.C.

Respectfully submitted,

January 26, 2006

_____
Jon Pinkus
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Process Server*