THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, *et al.*,

    Plaintiffs,

v.                                              Civil Action 06-0138 (RMU)

Gale A. Norton, Secretary
U.S. Department of the Interior, *et al.*,

    Defendants.

Affidavit of Service of Process
on the UNITED STATES ATTORNEY-GENERAL

Under penalty of perjury, I declare the following information is true and correct to the best of my knowledge, information, recollection, and belief. I am an adult citizen of the United States, and have no personal stake in the outcome of this lawsuit.

On January 26, 2006, at approximately 1:20 PM ET, the Complaint package for this case, including the summons, complaint for declaratory relief, motions for a temporary restraining order and preliminary injunction (with points and authorities thereto), as well as an initial order from Judge Urbina, were properly served to the United States Attorney-General at the United States Department of Justice's Visitor Center located at the Constitution Avenue NW entrance of the Department's main building at 950 Pennsylvania Avenue NW in Washington, D.C.

Accepting on behalf of U.S. Attorney-General Alberto Gonzales was Mr. David Burroughs, a Pitney-Bowes contractor in the Department of Justice Mailroom at 950 Pennsylvania Avenue NW who responded to my inquiry at the Visitor Center special telephone designated for service of process. Mr. Burroughs is authorized to accept service on behalf of the U.S. Attorney-General.

Respectfully submitted,

January 26, 2006

_____
Jon Pinkus
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Process Server*