CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

World Can't Wait, et al.,           )
                                    )
              Plaintiffs            )
                                    )
         v.                         )    Civil Action No. 06-0138 (RMU)
                                    )
Gale Norton                         )
Sec. of Interior, et al.,           )
              Defendants            )
                                    )
                                    )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for **World Can't Wait**, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **NONE**, which have any outstanding securities in the hands of the public. **NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

**DC 243543**
Bar Identification Number

**James R. Klimaski**
Print Name

**1819 L ST, NW, Suite 700**
Address

**Washington    DC    20036**
City         State       Zip

**202 296-5600**
Telephone Number