THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **World Can't Wait,** *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> **Gale A. Norton, Secretary** <br> **U.S. Department of the Interior,** *et al.,* <br><br> Defendants. | Civil Action 06-0138 (RMU) |

### NOTICE OF DISMISSAL

Plaintiffs World Can't Wait and Travis Morales, by and through their counsel and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), voluntarily dismiss all their claims and actions in the above-captioned case.

March 27, 2006                                         Respectfully submitted,


                                                        /s/
                                                        James R. Klimaski #243543

                                                        KLIMASKI & ASSOCIATES, P.C.
                                                        1819 L Street NW
                                                        Suite 700
                                                        Washington DC  20036-3830
                                                        202-296-5600

                                                        *Counsel for Plaintiffs*